■ CONTINENTAL INSURANCE COMPANY, as Equitable Subrogee of CONCEPT CONSTRUCTION CORP., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 98959.) [735 NYS2d 744] —Order, Court of Claims of the State of New York (Ferris Lebous, J.), entered March 16, 2001, unanimously affirmed for the reasons stated by Lebous, J., without costs or disbursements. No opinion. Concur—Nardelli, J.P., Williams, Andrias, Saxe and Friedman, JJ.